Case 1:10-cr-00019-RJD   Document 64   Filed 07/28/10   Page 1 of 1



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JPL
F.# 2010R00017

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 26, 2010

The Honorable Raymond J. Dearie
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  United States v. Zarein Ahmedzay
           Criminal No. 10-019 (RJD) #2

Dear Chief Judge Dearie:

    The government respectfully submits this letter to request an adjournment of the sentencing of Zarein Ahmedzay until February 4, 2011 at 10:30 a.m. Defense counsel does not object to this request.

           Respectfully submitted,

           BENTON J. CAMPBELL
           United States Attorney

By:       /s
     Jeffrey H. Knox
     David Bitkower
     James P. Loonam
     Berit W. Berger
     Assistant U.S. Attorneys
     (718) 254-7000

cc:  Michael Marinaccio, Esq. (ECF)

*Request Granted.*
*So Ordered.*

s/ Judge Raymond J. Dearie

1/29/10