

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DMB  
F.#2010R00057

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 2, 2011

**<u>Via Hand Delivery and ECF</u>**

The Honorable Raymond J. Dearie  
Chief United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York  11201

  Re:  United States v. Zarein Ahmedzay  
    <u>Criminal Docket No. 10-019 (S-1)(RJD)</u>

Dear Chief Judge Dearie:

  Sentencing in the above-referenced case is currently scheduled for Friday, February 4, 2011.  The government and the defendant jointly respectfully request that sentencing be adjourned to a date thereafter to be determined in consultation with the Court.

          Respectfully submitted,

          LORETTA E. LYNCH  
          United States Attorney

       By:   /s/  
         David Bitkower  
         Assistant U.S. Attorney

cc:  Clerk of the Court (RJD) (by ECF)  
   Michael Marinaccio, Esq. (via facsimile)